**Opinion issued June 28, 2012.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-12-00084-CV**

———————————

**JP MORGAN CHASE BANK, N.A., Appellant**

**V.**

**ESTATE OF RUBY BELL, MONICA HUFF DIXON, BERNICE WATKINS, AND JEWEL PARKER, Appellees**

---

**On Appeal from Probate Court No. 2**
**Brazos County, Texas**
**Trial Court Cause No. 12,450-PC-CV1**

---

**MEMORANDUM OPINION**

Appellant has filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.